IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 5:03cr37-RH/WCS

MICHAEL J. SHERROD,

    Defendant.

_____/

**ORDER REDUCING SENTENCE**

The term of imprisonment to which defendant Michael J. Sherrod is sentenced is hereby reduced to a term of fifty-four (54) months on count one, which, together with the existing consecutive sentence of twelve (12) months on count five, results in a combined sentence of sixty-six (66) months. In all other respects the original sentence remains unchanged.

SO ORDERED this 27th day of November, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge